# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-6711-GW-JCx | Date | March 10, 2026 |
|---|---|---|---|
| Title | *G & G Closed Circuit Events, LLC v. Clarice Johnson, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 6, 2026, Plaintiff G & G Closed Circuit Events, LLC filed a Notice of Settlement [31]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed by October 30, 2026. The Court sets an order to show re: settlement hearing for November 2, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on October 30, 2026.

|  | : |
|---|---|
| Initials of Preparer | JG |