JS-6

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISON**

| | |
|---|---|
| **G & G Closed Circuit Events, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br>**Clarice Johnson, et al,**<br><br>**Defendants.** | **CASE NO. CV 25-6711-GW-AYPx**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CLARICE JOHNSON, ADAM JOHNSON, AND MEZCLA GROUP, LLC.** |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC and Defendants Clarice Johnson, Adam Johnson, and, and Mezcla Group, LLC, that the above-entitled action is hereby dismissed **with prejudice** against Clarice Johnson, Adam Johnson, individually and d/b/a N17 The Lane and Mezcla Group, LLC, an unknown business entity d/b/a N17 The Lane, **and in its entirety**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: August 5, 2026

**HON. GEORGE H. WU,**
**United States District Judge**